## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ONZO BERNARDA HOWELL JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-21-713-G** |
| | ) | |
| **KENNETH TIDWELL et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### <u>ORDER</u>

Plaintiff Onzo Bernarda Howell Jr. filed this federal civil rights action on July 15, 2021.  In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Gary M. Purcell for preliminary review.

On September 30, 2021, Judge Purcell issued a Report and Recommendation (Doc. No. 17), in which he recommended that this action be dismissed due to Plaintiff's failure to prosecute and to comply with Court orders.  In the Report and Recommendation, Judge Purcell advised Plaintiff of his right to object to the Report and Recommendation by October 19, 2021.  Judge Purcell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

The Report and Recommendation was mailed to Plaintiff at the address he provided to the Court.  As of this date, Plaintiff has not submitted an objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 17) is ADOPTED in its entirety.  This action is DISMISSED without prejudice.  A separate judgment shall be entered.

IT IS SO ORDERED this 27th day of October, 2021.

CHARLES B. GOODWIN
United States District Judge